IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EARL SIGLEY and RITA SIGLEY,    )
    )
        Plaintiffs,    )
    )
v.    )    No. 3:15-CV-1302
    )
    )
THE UNITED STATES    )
OF AMERICA,    )
    )
        Defendant.    )

## **COMPLAINT**

### **JURISDICTION**

Jurisdiction lies pursuant to the Federal Tort Claims Act, Title 28 U.S.C. 2674.

### **COUNT I**

(Negligence v. United States of America)

Comes now the plaintiff, EARL SIGLEY, by and through his attorney, **KEEFE & KEEFE, P.C.**, and for Count I of his Complaint against the defendant, UNITED STATES OF AMERICA, states:

1. That on or about May 23, 2013, and thereafter, the defendant, United States of America, owned and operated a hospital, Marion VA Medical Center, in Marion, Illinois, when they, by and through their agents, servants, and employees assumed the care of plaintiff Earl Sigley.

2. That on or about June 4, 2013, plaintiff was referred to the urology department at the VA because he was found to have an abnormally high Prostate-Specific Antigen ("PSA") reading - suggestive of prostate cancer - and an ultrasound and biopsy were recommended - yet that was never communicated to plaintiff and defendant never scheduled it.

3. That plaintiff was not referred back to the urology department until May 22, 2014, wherein, again, an ultrasound and biopsy were recommended.

4. That on July 11, 2014, a biopsy and ultrasound were finally performed and plaintiff was diagnosed with prostate cancer.

5. That the defendant, individually and by and through its agents, servants, and employees was guilty of one or more of the following negligent acts or omissions:

    a)   Negligently and carelessly failed to timely diagnose prostate cancer;

    b)   Negligently and carelessly failed to refer patient back to urology for ultrasound and biopsy in timely manner;

    c)   Negligently and carelessly failed to render appropriate care for the condition in a timely fashion.

6. That as a direct and proximate result of the negligence of the defendants as aforesaid, plaintiff's condition went undiagnosed and untreated. He has suffered permanent pain, mental anguish, disability and disfigurement, has been permanently

prevented from attending to his usual affairs and duties, and has incurred large sums of money in hospital, medical, and related expenses, and will incur additional sums in the future, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than TEN MILLION DOLLARS ($10,000,000.00), plus costs.

## COUNT II

Comes now the plaintiff, RITA SIGLEY, by and through her attorney, **KEEFE & KEEFE, P.C.**, and for Count II of her Complaint against the defendant, UNITED STATES OF AMERICA, states:

1. - 5.  Plaintiff hereby adopts and incorporates the allegations in paragraphs 1 through and including 5 of Count I as and for the allegation in paragraph 1 through and including 5 of Count II.

6.  That at all times herein mentioned, Rita Sigley was the lawful wedded wife of Earl Sigley.

7.  That as a direct and proximate result of the negligence of the defendant as aforesaid, and the injury and damages suffered by Earl Sigley, plaintiff Rita Sigley has suffered permanent damages in that she has incurred and become liable for large sums of money in hospital, medical and related expenses, and will become liable for additional sums in the future, and has

been permanently deprived of the love, companionship, consortium, support, and services to which she was entitled from her husband.

WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than TEN MILLION DOLLARS ($10,000,000.00), plus costs.

/s/Samantha S. Unsell
SAMANTHA S. UNSELL
Ill. Reg. No. 6298752
Attorney for Plaintiff

**KEEFE & KEEFE, P.C.**
**ATTORNEYS AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS  62226**
**618/236-2221**
**618/236-2194 (Facsimile)**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EARL SIGLEY and RITA SIGLEY,    )
                                        )
        Plaintiffs,        )
                                          )
v.                                )    No. 3:15-CV-1302
                                        )
                                        )
THE UNITED STATES           )
OF AMERICA,                  )
                                        )
        Defendant.        )

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on November 24, 2015, I electronically filed Complaint with the Clerk of Court using the CM/ECF system.


                          Respectfully submitted,


                          /s/Samantha S. Unsell
                          SAMANTHA S. UNSELL
                          Ill. Reg. No. 6298752
                          Attorney for Plaintiff

**KEEFE & KEEFE, P.C.**
**ATTORNEYS AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS  62226**
**618/236-2221**
**618/236-2194 (Facsimile)**


Page 5 of  5